**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jairo GAMBOA–VICTORIA,**
**Defendant–Appellant.**

No. 07–13668
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2008.

Daniel M. Hernandez, Daniel M. Hernandez, P.A., Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Daniel M. Hernandez, counsel for Jairo Gamboa–Victoria, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Gamboa–Victoria's convictions and sentences are **AFFIRMED.**